**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MICHAEL BRUCE ANTHONY MCPHERSON,

Plaintiff,

v.

KEITH HOLLAND,

Defendant.

No. 1:26-cv-04229-KES-EPG (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING IN FORMA PAUPERIS APPLICATION

Docs. 7, 10

Michael Bruce Anthony McPherson, a state prisoner proceeding pro se, seeks to proceed in forma pauperis in this action against Keith Holland, Clerk of Court, United States District Court for the Eastern District of California. Doc. 1. Plaintiff filed an application to proceed in forma pauperis. Doc. 7. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 28, 2026, the assigned magistrate judge issued findings and recommendations to deny McPherson's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) and to require Plaintiff to pay the $405.00 filing fee in full to proceed with this action. *See* Doc. 10. Specifically, the assigned magistrate judge found that McPherson has accumulated more than three "strikes" and failed to demonstrate that he met the imminent danger exception under 28 U.S.C. § 1915(g). Plaintiff timely filed objections on August 14, 2026. Doc. 11. While

plaintiff's objections challenge, incorrectly, the magistrate judge's authority to issue the findings and recommendations, plaintiff does not meaningfully address the findings that he has more than three "strikes" and that he fails to show any basis for the imminent danger exception.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on July 28, 2026 (Doc. 10) are ADOPTED in full.
2. Plaintiff's application to proceed in forma pauperis (Doc. 7) is DENIED.
3. Plaintiff is PRECLUDED from proceeding in forma pauperis in this action pursuant to 28 U.S.C. § 1915(g); and
4. Plaintiff SHALL pay the $405.00 filing fee within thirty (30) days of the date of service of this order. **If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.**

IT IS SO ORDERED.

Dated: September 7, 2026

UNITED STATES DISTRICT JUDGE